**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** **JENNIFER L. KLINE,** **Debtor** | **Chapter 13 Bankruptcy** **Bankruptcy No. 19-10236 REF** |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Chapter 13 Plan was served upon the addresses listed below and upon all parties in interest by way of electronic means on January 29, 2019 and/or via first class mail on January 30, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT WATERMAN - ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

REBECCA ANN SOLARZ on behalf of Creditor Quicken Loans Inc. - bkgroup@kmllawgroup.com

Jennifer L. Kline
905 Grings Hill Road
Reading, PA 19608

                                    **Hartman, Valeriano, Magovern & Lutz, P.C.**

                    By:    *s/Alyssa J. Merkey*
                            1025 Berkshire Blvd., Suite 700
                            Wyomissing, PA  19610
                            610-779-0772

```
Label Matrix for local noticing          Synchrony Bank                            Reading
0313-4                                    c/o PRA Receivables Management, LLC      400 Washington Street
Case 19-10236-ref                         PO Box 41021                             Suite 300
Eastern District of Pennsylvania          Norfolk, VA 23541-1021                   Reading, PA 19601-3951
Reading
Wed Jan 30 08:44:43 EST 2019

CAPITAL ONE BANK USA NA                   COMENITYCAPITALBANK/BOSC                 CSC Credit Services
P O Box 30281                             PO BOX 182120                            Box 740040
Salt Lake City, UT 84130-0281             Columbus, OH 43218-2120                  Atlanta, GA 30374-0040


Chex Systems Inc.                         Collectoin Specialists, Inc.             Equifax Information Services LLC
ATTN: Customer Relations                  335 Gordon Drive                         P.O. Box 740256
7805 Hudson Rd                            Lionville, PA 19341-1201                 Atlanta, GA 30374-0256
Suite 100
Woodbury, MN 55125-1703


Experian                                  (p)FIFTH THIRD BANK                      GENESIS/FEB-RETAIL
Business Information Services             MD# ROPS05 BANKRUPTCY DEPT               PO BOX 4499
475 Anton Blvd.                           1850 EAST PARIS SE                       BEAVERTON, OR 97076-4499
Costa Mesa, CA 92626-7037                 GRAND RAPIDS MI 49546-6253


Quicken Loans                             Quicken Loans Inc                        Quicken Loans Inc. c/o Rebecca A. Solarz, Es
1050 Woodward Avenue                      c/o Rebecca A. Solarz, Esq.              701 Market Street
Detroit, MI 48226-1906                    701 Market Street, Ste 5000              Suite 5000
                                          Philadelphia, PA 19106-1541              Philadelphia, PA 19106-1541


Trans Union                               United States Trustee                    GEORGE M. LUTZ
P.O. Box 1000                             Office of the U.S. Trustee               Hartman, Valeriano, Magovern & Lutz, PC
Chester, PA 19016-1000                    833 Chestnut Street                      1025 Berkshire Blvd.
                                          Suite 500                                Suite 700
                                          Philadelphia, PA 19107-4405              P.O. Box 5828
                                                                                   Wyomissing, PA 19610-5828

Jennifer L. Kline                         SCOTT WATERMAN
905 Grings Hill Road                      Chapter 13 Trustee
Reading, PA 19608-9263                    2901 St. Lawrence Ave.
                                          Suite 100
                                          Reading, PA 19606-2265
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
FIFTH THIRD BANK
5050 KINGSLEY DRM/D 1MOCOP
CINCINNATI, OH 45263
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Quicken Loans Inc.          (d)Synchrony Bank                              End of Label Matrix
                               c/o PRA Receivables Management, LLC            Mailable recipients    19
                               PO Box 41021                                   Bypassed recipients     2
                               Norfolk, VA 23541-1021                         Total                  21
```