Certificate Number: 11760-PAE-DE-032406076

Bankruptcy Case Number: 19-10236



11760-PAE-DE-032406076

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 7, 2019</u>, at <u>12:30</u> o'clock <u>PM PST</u>, <u>Jennifer Kline</u> completed a course on personal financial management given <u>by internet</u> by <u>123 Debtor.com, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 7, 2019</u>

By:  <u>/s/Jennifer L Walter</u>

Name:  <u>Jennifer L Walter</u>

Title:  <u>Teacher</u>