# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer L. Kline <br>                            Debtor(s) <br><br> Quicken Loans Inc., its successors and/or assigns <br>                            Movant <br>      vs. <br><br> Jennifer L. Kline <br>                            Debtor(s) <br><br> Scott F. Waterman, Esq. <br>                            Trustee | CHAPTER 13 <br><br><br><br> NO. 19-10236 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Quicken Loans Inc., which was filed with the Court on or about **March 8, 2019, docket number 15**.

                                                     Respectfully submitted,

                                                 By: **/s/ Rebecca A. Solarz, Esquire**
                                                      Rebecca A. Solarz, Esquire
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA  19106
                                                      215-627-1322
                                                      Attorney for Movant/Applicant

May 15, 2019