United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jennifer L. Kline  
    Debtor

Case No. 19-10236-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Nancy    Page 1 of 2    Date Rcvd: Jun 24, 2019  
                 Form ID: 167    Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db          +Jennifer L. Kline,    905 Grings Hill Road,    Reading, PA 19608-9263
14257938     CSC Credit Services,    Box 740040,    Atlanta, GA 30374-0040
14257942    +Collectoin Specialists, Inc.,    335 Gordon Drive,    Lionville, PA 19341-1201
14257939    +Equifax Information Services LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
14257936    +Experian,   Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14257944   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court:  FIFTH THIRD BANK,    5050 KINGSLEY DRM/D 1MOCOP,
                CINCINNATI,  OH 45263)
14274871    +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14260144    +Quicken Loans Inc,    c/o Rebecca A. Solarz, Esq.,     701 Market Street, Ste 5000,
               Philadelphia, PA 19106-1541
14259699    +Quicken Loans Inc. c/o Rebecca A. Solarz, Esquire,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
14257937    +Trans Union,    P.O. Box 1000,    Chester, PA 19016-1000
14342689    +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14257941       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 25 2019 03:16:48
               CAPITAL ONE BANK USA NA,    P O Box 30281,    Salt Lake City, UT 84130-0281
14257943    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 25 2019 03:09:08      COMENITYCAPITALBANK/BOSC,
               PO BOX 182120,    Columbus, OH 43218-2120
14277698    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2019 03:18:37
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14257940    +Fax: 602-659-2196 Jun 25 2019 05:23:29      Chex Systems Inc.,    ATTN: Customer Relations,
               7805 Hudson Rd,    Suite 100,    Woodbury, MN 55125-1703
14257945    +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 25 2019 03:10:21       GENESIS/FEB-RETAIL,
               PO BOX 4499,    BEAVERTON, OR 97076-4499
14289182       E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2019 03:09:16
               Quantum3 Group LLC as agent for,    Genesis FS Card Services Inc,    PO Box 788,
               Kirkland, WA  98083-0788
14257946    +E-mail/Text: bankruptcyteam@quickenloans.com Jun 25 2019 03:09:57        Quicken Loans,
               1050 Woodward Avenue,    Detroit, MI 48226-1906
14280783    +E-mail/Text: bankruptcyteam@quickenloans.com Jun 25 2019 03:09:57        Quicken Loans Inc.,
               635 Woodward Ave.,    Detroit, MI 48226-3408
14258367    +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2019 03:19:12       Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4           User: Nancy              Page 2 of 2               Date Rcvd: Jun 24, 2019
                               Form ID: 167             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
          GEORGE M. LUTZ    on behalf of Debtor Jennifer L. Kline glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
          SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 5

Case 19-10236-elf    Doc 23    Filed 06/26/19    Entered 06/27/19 01:04:44    Desc Imaged
Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jennifer L. Kline
    Debtor(s)

Case No: 19–10236–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

RESCHEDULED CONFIRMATION HEARING

on: 8/29/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/24/19

Timothy B. McGrath
Clerk of Court

20 –
Form 167