**Fill in this information to identify your case:**

Debtor 1: **Jennifer L Kline**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **19-10236**

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **FIFTH THIRD BANK**<br>Creditor's Name<br><br>**5050 KINGSLEY DRM/D 1MOCOP**<br>**CINCINNATI, OH 45263**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**2012 Subaru Legacy 86,000 miles The scheduled value of the vehicle is based on kbb.com, private party value, good condition**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,833.21** | **$7,800.00** | **$2,033.21** |

**Who owes the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **02/27/2015**      Last 4 digits of account number **9764**

| Debtor 1 | Jennifer L Kline | | Case number (if known) | 19-10236 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### 2.2 Quicken Loans
**Creditor's Name**

Describe the property that secures the claim: **$152,782.00** **$192,257.10** **$0.00**

**905 Grings Hill Road Sinking Spring, PA 19608-9263  Berks County**
**The scheduled value is based on Zillow.com ($213,619.00) less 10% to reflect the costs and uncertainties of sale.**
**The property was purchased in July, 2014 for $157,900.00.**

**1050 Woodward Avenue Detroit, MI 48226**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **1st Mortgage**

Date debt was incurred  **02/11/2016**    Last 4 digits of account number  **4633**

### 2.3 U.S. Department of Housing and Urban Dev
**Creditor's Name**

Describe the property that secures the claim: **$3,095.03** **$192,257.10** **$0.00**

**905 Grings Hill Road Sinking Spring, PA 19608-9263  Berks County**
**The scheduled value is based on Zillow.com ($213,619.00) less 10% to reflect the costs and uncertainties of sale.**
**The property was purchased in July, 2014 for $157,900.00.**

**451 7th Street S.W. Washington, DC 20410**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **2nd Mortgage**

Date debt was incurred  **June 7, 2017**    Last 4 digits of account number  **4433**

Add the dollar value of your entries in Column A on this page. Write that number here:   **$165,710.24**
If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$165,710.24**

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **Jennifer L Kline** | | | Case number (if known) | **19-10236** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |