**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** <br><br> **JENNIFER L. KLINE,** <br><br> **Debtor** | **Chapter 13 Bankruptcy** <br><br> **Bankruptcy No. 19-10236 ELF** |

**CERTIFICATE OF SERVICE**

     I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Amended Schedule D was served upon the addresses listed below, by way of electronic means on July 6, 2019 and/or via first class mail on July 9, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT WATERMAN on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ecfmail@readingch13.com, ecf_frpa@trustee13.com

REBECCA ANN SOLARZ on behalf of Creditor Quicken Loans Inc. - bkgroup@kmllawgroup.com

Fifth Third Bank
PO Box 9013
Addison, Texas 75001

U.S. Department of Housing and Urban Development
451 7th Street S.W.
Washington, DC 20410

Quicken Loans Inc.
635 Woodward Ave.
Detroit, MI 48226

Fifth Third Bank
MD# ROPS05 Bankruptcy Dept
1850 East Paris SE
Grand Rapids, MI 49546-6253

Jennifer L. Kline
905 Grings Hill Road
Reading, PA 19608

                              **Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    *s/Alyssa J. Merkey*
        1025 Berkshire Blvd., Suite 700
        Wyomissing, PA  19610
        610-779-0772