**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:                    | Chapter 13 Bankruptcy          |
|---------------------------|--------------------------------|
| **JENNIFER L. KLINE,**    |                                |
|                    Debtor | Bankruptcy No. 19-10236 ELF    |

**CERTIFICATE OF SERVICE**

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Second Amended Chapter 13 Plan was served upon the addresses listed below, and upon all parties in interest on July 6, 2019 and/or via first class mail on July 9, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT WATERMAN on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com

SCOTT F. WATERMAN (Chapter 13)  - ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ecfmail@readingch13.com, ecf_frpa@trustee13.com

REBECCA ANN SOLARZ on behalf of Creditor Quicken Loans Inc. - bkgroup@kmllawgroup.com

Jennifer L. Kline
905 Grings Hill Road
Reading, PA 19608

                                                  **Hartman, Valeriano, Magovern & Lutz, P.C.**

                By:    *s/Alyssa J. Merkey*
                        1025 Berkshire Blvd., Suite 700
                        Wyomissing, PA  19610
                        610-779-0772

```
Label Matrix for local noticing         Synchrony Bank                          United States Trustee
0313-4                                  c/o PRA Receivables Management, LLC     Office of the U.S. Trustee
Case 19-10236-elf                       PO Box 41021                            200 Chestnut Street
Eastern District of Pennsylvania        Norfolk, VA 23541-1021                  Suite 502
Reading                                                                         Philadelphia, PA 19106-2908
Mon Jul  8 16:54:42 EDT 2019

Reading                                 CAPITAL ONE BANK USA NA                 COMENITYCAPITALBANK/BOSC
400 Washington Street                   P O Box 30281                           PO BOX 182120
Suite 300                               Salt Lake City, UT 84130-0281           Columbus, OH 43218-2120
Reading, PA 19601-3951


CSC Credit Services                     Capital One Bank (USA), N.A.            Chex Systems Inc.
Box 740040                              4515 N Santa Fe Ave                     ATTN: Customer Relations
Atlanta, GA 30374-0040                  Oklahoma City, OK 73118-7901            7805 Hudson Rd
                                                                                Suite 100
                                                                                Woodbury, MN 55125-1703


Collectoin Specialists, Inc.            Equifax Information Services LLC        Experian
335 Gordon Drive                        P.O. Box 740256                         Business Information Services
Lionville, PA 19341-1201                Atlanta, GA 30374-0256                  475 Anton Blvd.
                                                                                Costa Mesa, CA 92626-7037


(p)FIFTH THIRD BANK                     Fifth Third Bank                        GENESIS/FEB-RETAIL
MD# ROPS05 BANKRUPTCY DEPT              PO Box 9013                             PO BOX 4499
1850 EAST PARIS SE                      Addison, Texas 75001-9013               BEAVERTON, OR 97076-4499
GRAND RAPIDS MI 49546-6253


Quantum3 Group LLC as agent for         Quicken Loans                           Quicken Loans Inc
Genesis FS Card Services Inc            1050 Woodward Avenue                    c/o Rebecca A. Solarz, Esq.
PO Box 788                              Detroit, MI 48226-1906                  701 Market Street, Ste 5000
Kirkland, WA  98083-0788                                                        Philadelphia, PA 19106-1541


Quicken Loans Inc.                      Quicken Loans Inc. c/o Rebecca A. Solarz, Es    Trans Union
635 Woodward Ave.                       701 Market Street                       P.O. Box 1000
Detroit, MI 48226-3408                  Suite 5000                              Chester, PA 19016-1000
                                        Philadelphia, PA 19106-1541


U.S. Department of Housing and Urban Develop    GEORGE M. LUTZ                  Jennifer L. Kline
451 7th Street S.W.                     Hartman, Valeriano, Magovern & Lutz, PC 905 Grings Hill Road
Washington, DC 20410-0002               1025 Berkshire Blvd.                    Reading, PA 19608-9263
                                        Suite 700
                                        P.O. Box 5828
                                        Wyomissing, PA 19610-5828


SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606-2265
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Quicken Loans Inc. | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   24<br>Bypassed recipients    2<br>Total                  26 |