**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**JENNIFER L. KLINE,**<br><br>**Debtor** | **Chapter 13  Bankruptcy**<br><br>**Bankruptcy No. 19-10236 REF** |

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

**TO:**   Fifth Third Bank  (Proof of Claim No. 1):

Debtor, Jennifer L. Kline, has filed an objection to the Proof of Claim you have filed in this bankruptcy case.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

**IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, YOU OR YOUR LAWYER MUST ATTEND THE HEARING ON THE OBJECTION, SCHEDULED TO BE HELD BEFORE THE HONORABLE ERIC L. FRANK, ON NOVEMBER 21, 2019, AT 11:00 A.M., IN COURTROOM 1, UNITED STATES BANKRUPTCY COURT, THE MADISON BUILDING, 400 WASHINGTON STREET, READING, BERKS COUNTY, PENNSYLVANIA.  IF YOU OR YOUR ATTORNEY DO NOT ATTEND THE HEARING ON THE OBJECTION, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.**

**Date:**  October 6, 2019

                                    **Respectfully submitted,**

                                    **Hartman, Valeriano, Magovern & Lutz, PC**

        **by:**    /s/ George M. Lutz
                                    _____
                                    **George M. Lutz, Esquire**
                                    **1025 Berkshire Boulevard, Suite 700**
                                    **Wyomissing, PA  19610**
                                    **Pa. Attorney ID No.: 46437**