**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**JENNIFER L. KLINE,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 19-10236 ELF** |

**CERTIFICATE OF SERVICE**

     I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice to Objection to Claim and Hearing Date and Debtor's Objection to Proof of Claim of Fifth Third Bank (Proof of Claim No. 1), were served upon the addresses listed below by way of electronic means on October 6, 2019 and/or via first class mail on October 8, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ecfmail@readingch13.com, ecf_frpa@trustee13.com

REBECCA ANN SOLARZ on behalf of Creditor Quicken Loans Inc. - bkgroup@kmllawgroup.com

SCOTT WATERMAN on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

Fifth Third Bank
PO Box 9013
Addison, Texas 75001

                                          **Hartman, Valeriano, Magovern & Lutz, P.C.**

                   By:    *s/Alyssa J. Merkey*
                           1025 Berkshire Blvd., Suite 700
                           Wyomissing, PA  19610
                           610-779-0772