**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**JENNIFER L. KLINE,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 19-10236 ELF** |

## CERTIFICATE OF SERVICE

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Third Amended Chapter 13 Plan was served upon the addresses listed below, all creditors and parties in interest on October 6, 2019 and/or via first class mail on October 9, 2019:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ecfmail@readingch13.com, ecf_frpa@trustee13.com

REBECCA ANN SOLARZ on behalf of Creditor Quicken Loans Inc. - bkgroup@kmllawgroup.com

SCOTT WATERMAN on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

Jennifer L. Kline
905 Grings Hill Road
Reading, PA 19608

                                                                      **Hartman, Valeriano, Magovern & Lutz, P.C.**

                      By:    *s/Alyssa J. Merkey*
                              1025 Berkshire Blvd., Suite 700
                              Wyomissing, PA  19610
                              610-779-0772

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 19-10236-elf<br>Eastern District of Pennsylvania<br>Reading<br>Wed Oct  9 15:06:26 EDT 2019 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 |
| Reading<br>400 Washington Street<br>Suite 300<br>Reading, PA 19601-3951 | CAPITAL ONE BANK USA NA<br>P O Box 30281<br>Salt Lake City, UT 84130-0281 | COMENITYCAPITALBANK/BOSC<br>PO BOX 182120<br>Columbus, OH 43218-2120 |
| CSC Credit Services<br>Box 740040<br>Atlanta, GA 30374-0040 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Chex Systems Inc.<br>ATTN: Customer Relations<br>7805 Hudson Rd<br>Suite 100<br>Woodbury, MN 55125-1703 |
| Collectoin Specialists, Inc.<br>335 Gordon Drive<br>Lionville, PA 19341-1201 | Equifax Information Services LLC<br>P.O. Box 740256<br>Atlanta, GA 30374-0256 | Experian<br>Business Information Services<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 | GENESIS/FEB-RETAIL<br>PO BOX 4499<br>BEAVERTON, OR 97076-4499 |
| Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quicken Loans<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 | Quicken Loans Inc<br>c/o Rebecca A. Solarz, Esq.<br>701 Market Street, Ste 5000<br>Philadelphia, PA 19106-1541 |
| Quicken Loans Inc.<br>635 Woodward Ave.<br>Detroit, MI 48226-3408 | Quicken Loans Inc. c/o Rebecca A. Solarz, Es<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Trans Union<br>P.O. Box 1000<br>Chester, PA 19016-1000 |
| U.S. Department of Housing and Urban Develop<br>451 7th Street S.W.<br>Washington, DC 20410-0002 | GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern & Lutz, PC<br>1025 Berkshire Blvd.<br>Suite 700<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 | Jennifer L. Kline<br>905 Grings Hill Road<br>Reading, PA 19608-9263 |
| SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FIFTH THIRD BANK
5050 KINGSLEY DRM/D 1MOCOP
CINCINNATI, OH 45263

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Quicken Loans Inc.               (d)Synchrony Bank                        End of Label Matrix
                                    c/o PRA Receivables Management, LLC     Mailable recipients   24
                                    PO Box 41021                             Bypassed recipients    2
                                    Norfolk, VA 23541-1021                   Total                 26