UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In re:　　　　　　　　　　　　　　　　　　　　JENNIFER L. KLINE,　　　　　　　　　　　　Debtor | Chapter 13　　　　　　　　　　　　　　　　　Bankruptcy No. 19-10236 ELF |
|---|---|

### ORDER

AND NOW, this 6th day of December, 2019, upon consideration of the Debtor's Objection to Proof of Claim of Fifth Third Bank (Proof of Claim No. 1), and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Objection is **SUSTAINED**, in large part and that Proof of Claim No. 1 is **DISALLOWED** as a secured claim and **ALLOWED** as a general unsecured claim in the amount of **$1,429.75**.

　

**Eric L. Frank**
**United States Bankruptcy Judge**