```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-10236-elf
Jennifer L. Kline                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: TashaD           Page 1 of 1         Date Rcvd: Dec 06, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.
db             +Jennifer L. Kline,    905 Grings Hill Road,    Reading, PA 19608-9263

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:
              GEORGE M. LUTZ    on behalf of Debtor Jennifer L. Kline glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| In re:                          |                                  |
|---------------------------------|----------------------------------|
| **JENNIFER L. KLINE,**          | Chapter 13                       |
| Debtor                          | Bankruptcy No. 19-10236 ELF      |

### ORDER

AND NOW, this 6th day of December, 2019, upon consideration of the Debtor's Objection to Proof of Claim of Fifth Third Bank (Proof of Claim No. 1), and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Objection is **SUSTAINED**, in large part and that Proof of Claim No. 1 is **DISALLOWED** as a secured claim and **ALLOWED** as a general unsecured claim in the amount of **$1,429.75**.

_____
**Eric L. Frank**
**United States Bankruptcy Judge**