**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**JENNIFER L. KLINE,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 19-10236 ELF** |

**CERTIFICATE OF SERVICE**

      I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of Debtor's Response to the Motion for Relief from Automatic Stay of Quicken Loans was served upon the addresses listed below by way of electronic means on March 11, 2020:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ecfmail@readingch13.com, ecf_frpa@trustee13.com

REBECCA ANN SOLARZ on behalf of Creditor Quicken Loans Inc. - bkgroup@kmllawgroup.com

SCOTT WATERMAN on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com

                                          **Hartman, Valeriano, Magovern & Lutz, P.C.**

                    By:    *s/Alyssa J. Merkey*
                            1025 Berkshire Blvd., Suite 700
                            Wyomissing, PA  19610
                            610-779-0772