# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | |
|---|---|
| **In re:**<br><br>**JENNIFER L. KLINE,**<br><br>**Debtor** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 19-10236 PMM** |

## WITHDRAWAL OF FOURTH AMENDED CHAPTER 13 PLAN

Debtor, Jennifer L. Kline, by and through her counsel, George M. Lutz, Esquire and Hartman, Valeriano, Magovern & Lutz, P.C., hereby files this Withdrawal of Fourth Amended Chapter 13 Plan, and respectfully requests that the Fourth Amended Chapter 13 Plan, which was filed by the Debtor on March 11, 2020, be withdrawn.

**Date:** March 23, 2020

**Respectfully submitted,**

**Hartman, Valeriano, Magovern & Lutz, PC**

**by:** /s/ George M. Lutz

**George M. Lutz, Esquire**
**1025 Berkshire Boulevard, Bldg. 700**
**Wyomissing, PA  19610**
**Pa. Attorney ID No.: 46437**