# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**JENNIFER L. KLINE,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 19-10236 PMM** |

## PRAECIPE TO WITHDRAW

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

    Kindly withdraw Debtor's Fifth Amended Chapter 13 Plan, filed on March 23, 2020 to Docket No.: 45.

Date: March 25, 2020

Respectfully submitted,

**Hartman, Valeriano, Magovern & Lutz, PC**

by: */s/ George M. Lutz*

George M. Lutz, Esquire
1025 Berkshire Boulevard, Suite 700
Wyomissing, PA 19610
Pa. Attorney ID No.: 46437