**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**  **JENNIFER L. KLINE,**  Debtor | **Chapter 13 Bankruptcy**  **Bankruptcy No. 19-10236 PMM** |

**CERTIFICATE NO RESPONSE**

I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that adequate notice of the Amended Application for Allowance of Compensation and Reimbursement of Expenses was served upon the Chapter 13 Trustee, United States Trustee, all creditors and parties in interest; And neither the Trustee nor the United States Trustee nor any creditor or interested persons have filed an Answer within the time set by the court, to the Amended Application for Allowance of Compensation and Reimbursement of Expenses and requests that the court grant the Amended Application for Allowance of Compensation and Reimbursement of Expenses, as the Amended Application is uncontested.

Date: April 29, 2020

**Hartman, Valeriano, Magovern & Lutz, P.C.**

by:    */s/ George M. Lutz*

George M. Lutz, Esquire
1025 Berkshire Blvd., Suite 700
Wyomissing, PA  19610
Attorney I.D. No. 46437
Phone:  610-779-0772