**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**JENNIFER L. KLINE,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 19-10236 PMM** |

## CERTIFICATE OF SERVICE

    I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date; Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and Seventh Amended Chapter 13 Plan were served upon the addresses listed below, all creditors and parties in interest by way of electronic means on July 29, 2020 and/or via first class mail on July 30, 2020:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ecfmail@readingch13.com

REBECCA ANN SOLARZ on behalf of Creditor Quicken Loans Inc. - bkgroup@kmllawgroup.com

Jennifer L. Kline
905 Grings Hill Road
Reading, PA 19608


                                                **Hartman, Valeriano, Magovern & Lutz, P.C.**

By:    */s/Alyssa J. Merkey*
           1025 Berkshire Blvd., Suite 700
           Wyomissing, PA  19610
           610-779-0772

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 19-10236-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Thu Jul 30 10:03:57 EDT 2020 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 |
| Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 | CAPITAL ONE BANK USA NA<br>P O Box 30281<br>Salt Lake City, UT 84130-0281 | COMENITYCAPITALBANK/BOSC<br>PO BOX 182120<br>Columbus, OH 43218-2120 |
| CSC Credit Services<br>Box 740040<br>Atlanta, GA 30374-0040 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Chex Systems Inc.<br>ATTN: Customer Relations<br>7805 Hudson Rd<br>Suite 100<br>Woodbury, MN 55125-1703 |
| Collectoin Specialists, Inc.<br>335 Gordon Drive<br>Lionville, PA 19341-1201 | Equifax Information Services LLC<br>P.O. Box 740256<br>Atlanta, GA 30374-0256 | Experian<br>Business Information Services<br>475 Anton Blvd.<br>Costa Mesa, CA 92626-7037 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 | Fifth Third Bank, N.A.<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| GENESIS/FEB-RETAIL<br>PO BOX 4499<br>BEAVERTON, OR 97076-4499 | George M. Lutz, Esquire<br>Hartman, Valeriano, Magovern & Lutz, P.C<br>1025 Berkshire Blvd., Suite 700<br>Wyomissing, PA 19610-1284 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quicken Loans<br>1050 Woodward Avenue<br>Detroit, MI 48226-1906 | Quicken Loans Inc<br>c/o Rebecca A. Solarz, Esq.<br>701 Market Street, Ste 5000<br>Philadelphia, PA 19106-1541 | Quicken Loans Inc.<br>635 Woodward Ave.<br>Detroit, MI 48226-3408 |
| Quicken Loans Inc. c/o Rebecca A. Solarz, Es<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Trans Union<br>P.O. Box 1000<br>Chester, PA 19016-1000 | (p)US DEPARTMENT OF HOUSING & URBAN DEVELOPME<br>ATTN OFFICE OF REGIONAL COUNSEL<br>THE WANNAMAKER BUILDING<br>100 PENN SQUARE EAST--11TH FLOOR<br>PHILADELPHIA PA 19107-3325 |
| GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern, Lutz, PC<br>1025 Berkshire Blvd.<br>Suite 700<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 | Jennifer L. Kline<br>905 Grings Hill Road<br>Reading, PA 19608-9263 | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
FIFTH THIRD BANK                      U.S. Department of Housing and Urban Develop
5050 KINGSLEY DRM/D 1MOCOP            451 7th Street S.W.
CINCINNATI, OH 45263                  Washington, DC 20410
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Quicken Loans Inc.                 (d)Synchrony Bank                    End of Label Matrix
                                      c/o PRA Receivables Management, LLC  Mailable recipients    26
                                      PO Box 41021                         Bypassed recipients     2
                                      Norfolk, VA 23541-1021               Total                  28
```