| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-10236-PMM

JENNIFER L KLINE
905 GRINGS HILL ROAD
READING  PA    19608

Petition Filed Date: 01/14/2019
341 Hearing Date: 03/12/2019
Confirmation Date: 03/26/2020

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/13/2019 | $450.00 | | 04/01/2019 | $125.00 | | 04/09/2019 | $125.00 | |
| 04/15/2019 | $125.00 | | 04/22/2019 | $125.00 | | 04/29/2019 | $125.00 | |
| 05/06/2019 | $125.00 | | 05/13/2019 | $125.00 | | 05/20/2019 | $125.00 | |
| 05/28/2019 | $125.00 | | 06/03/2019 | $125.00 | | 06/10/2019 | $125.00 | |
| 06/17/2019 | $125.00 | | 08/26/2019 | $450.00 | Delinquency (C | 08/28/2019 | $125.00 | Automatic Payr |
| 09/11/2019 | $125.00 | Automatic Payr | 09/25/2019 | $125.00 | Automatic Payr | 11/15/2019 | $275.00 | |
| 02/25/2020 | $100.00 | | 03/02/2020 | $100.00 | | 03/09/2020 | $100.00 | |

**Total Receipts for the Period: $3,350.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,350.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $5,500.00 | $3,048.28 | $2,451.72 |
| 1 | FIFTH THIRD BANK<br>»» 001 | Unsecured Creditors | $1,429.75 | $0.00 | $1,429.75 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $2,083.04 | $0.00 | $2,083.04 |
| 3 | QUICKEN LOANS INC<br>»» 03A | Mortgage Arrears | $4,744.59 | $0.00 | $4,744.59 |
| 4 | QUICKEN LOANS INC<br>»» 03B | Mortgage Arrears | $4,842.16 | $0.00 | $4,842.16 |
| 5 | GENESIS FINANCIAL SOLUTIONS<br>»» 004 | Unsecured Creditors | $1,904.76 | $0.00 | $1,904.76 |
| 6 | US DEPT OF HUD<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $1,000.00 | $0.00 | $1,000.00 |

**Chapter 13 Case No. 19-10236-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,350.00 | Current Monthly Payment: | $415.00 |
| Paid to Claims: | $3,048.28 | Arrearages: | $2,075.00 |
| Paid to Trustee: | $301.72 | Total Plan Base: | $22,855.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.