**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**JENNIFER L. KLINE,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 19-10236 PMM** |

**CERTIFICATE OF NO REPSONSE**

    I, George M. Lutz, Esquire, attorney for Debtor, hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer within the time set by the court to Debtor's Motion to Modify Plan Post Confirmation Post-Confirmation Pursuant to 11 U.S.C. 1329, and the Debtor requests that the court grant the Motion to Modify Plan Post Confirmation Post-Confirmation Pursuant to 11 U.S.C. 1329, as the Motion is uncontested.

Date: August 26, 2020

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

                       By:    /s/ *George M. Lutz, Esquire*

                                  1025 Berkshire Blvd., Suite 700
                                  Wyomissing, PA 19610
                                  Attorney I.D. #46437
                                  (610) 779-0772