| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-10236-PMM**

JENNIFER L KLINE
905 GRINGS HILL ROAD
READING  PA    19608

Petition Filed Date: 01/14/2019
341 Hearing Date: 03/12/2019
Confirmation Date: 03/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/25/2020 | $100.00 | | 03/02/2020 | $100.00 | | 03/09/2020 | $100.00 | |
| 08/31/2020 | $225.00 | | 09/15/2020 | $225.00 | | 09/28/2020 | $225.00 | |
| 10/13/2020 | $225.00 | | 10/26/2020 | $225.00 | | 11/09/2020 | $225.00 | |
| 11/23/2020 | $225.00 | | 12/07/2020 | $225.00 | | 12/21/2020 | $225.00 | |
| 01/05/2021 | $225.00 | | 01/19/2021 | $225.00 | | 02/01/2021 | $225.00 | |
| 02/16/2021 | $225.00 | | 03/01/2021 | $225.00 | | 03/15/2021 | $225.00 | |
| 03/29/2021 | $225.00 | | 04/12/2021 | $225.00 | | 04/26/2021 | $225.00 | |
| 05/10/2021 | $225.00 | | 05/24/2021 | $225.00 | | 06/08/2021 | $225.00 | |

**Total Receipts for the Period:  $5,025.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $8,075.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $5,500.00 | $5,500.00 | $0.00 |
| 1 | FIFTH THIRD BANK<br>»» 001 | Unsecured Creditors | $1,429.75 | $0.00 | $1,429.75 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $2,083.04 | $0.00 | $2,083.04 |
| 3 | QUICKEN LOANS INC<br>»» 03A | Mortgage Arrears | $4,744.59 | $367.49 | $4,377.10 |
| 4 | QUICKEN LOANS INC<br>»» 03B | Mortgage Arrears | $4,842.16 | $375.04 | $4,467.12 |
| 5 | GENESIS FINANCIAL SOLUTIONS<br>»» 004 | Unsecured Creditors | $1,904.76 | $0.00 | $1,904.76 |
| 6 | US DEPT OF HUD<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $957.00 | $957.00 | $0.00 |

**Chapter 13 Case No. 19-10236-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,075.00 | Current Monthly Payment: | $320.00 |
| Paid to Claims: | $7,199.53 | Arrearages: | ($1,845.00) |
| Paid to Trustee: | $672.97 | Total Plan Base: | $24,150.00 |
| Funds on Hand: | $202.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.