| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-10236-PMM**

JENNIFER L KLINE  
905 GRINGS HILL ROAD  
READING  PA   19608

Petition Filed Date: 01/14/2019  
341 Hearing Date: 03/12/2019  
Confirmation Date: 03/26/2020

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $225.00 | | 04/26/2021 | $225.00 | | 05/10/2021 | $225.00 | |
| 05/24/2021 | $225.00 | | 06/08/2021 | $225.00 | | 06/21/2021 | $225.00 | |
| 07/06/2021 | $225.00 | | 07/19/2021 | $225.00 | | 08/09/2021 | $175.00 | |
| 08/23/2021 | $175.00 | | 09/10/2021 | $175.00 | | 02/08/2022 | $160.00 | |
| 02/23/2022 | $160.00 | | 03/08/2022 | $160.00 | | 03/22/2022 | $160.00 | |
| 04/08/2022 | $160.00 | | 04/25/2022 | $160.00 | | 05/09/2022 | $160.00 | |
| 05/23/2022 | $160.00 | | 06/08/2022 | $160.00 | | 06/24/2022 | $160.00 | |
| 07/12/2022 | $160.00 | | 07/25/2022 | $160.00 | | | | |

**Total Receipts for the Period: $4,245.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,195.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $5,543.00 | $5,543.00 | $0.00 |
| 1 | FIFTH THIRD BANK<br>»» 001 | Unsecured Creditors | $1,429.75 | $0.00 | $1,429.75 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $2,083.04 | $0.00 | $2,083.04 |
| 3 | QUICKEN LOANS INC<br>»» 03A | Mortgage Arrears | $4,744.59 | $1,782.29 | $2,962.30 |
| 4 | QUICKEN LOANS INC<br>»» 03B | Mortgage Arrears | $4,842.16 | $1,818.94 | $3,023.22 |
| 5 | GENESIS FINANCIAL SOLUTIONS<br>»» 004 | Unsecured Creditors | $1,904.76 | $0.00 | $1,904.76 |
| 6 | US DEPT OF HUD<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $957.00 | $957.00 | $0.00 |

**Chapter 13 Case No. 19-10236-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,195.00 | Current Monthly Payment: | $320.00 |
| Paid to Claims: | $10,101.23 | Arrearages: | ($485.00) |
| Paid to Trustee: | $946.57 | Total Plan Base: | $24,150.00 |
| Funds on Hand: | $147.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.