## IN THE UNITED STATES BANKRUPTCY COURT FOR
### EASTERN            DISTRICT OF PENNSYLVANIA
### READING            DIVISION

In re

JENNIFER L KLINE

                                         Debtors.

In Chapter 13 Proceeding

Case No. 19-10236

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 1/15/2019 Docket Number 6 .

Dated:  This 10 th day of July , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

GEORGE M LUTZ
Attorney

SCOTT WATERMAN
Chapter 13  Trustee

Dated:  This 10 th day of July , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257