| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-10236-PMM

JENNIFER L KLINE
905 GRINGS HILL ROAD
READING  PA   19608

Petition Filed Date: 01/14/2019
341 Hearing Date: 03/12/2019
Confirmation Date: 03/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $160.00 | | 08/23/2022 | $160.00 | | 09/09/2022 | $160.00 | |
| 09/22/2022 | $160.00 | | 10/11/2022 | $160.00 | | 10/24/2022 | $160.00 | |
| 11/08/2022 | $160.00 | | 11/22/2022 | $160.00 | | 12/08/2022 | $160.00 | |
| 12/22/2022 | $160.00 | | 01/11/2023 | $160.00 | | 01/24/2023 | $160.00 | |
| 02/08/2023 | $160.00 | | 02/23/2023 | $160.00 | | 03/08/2023 | $160.00 | |
| 03/22/2023 | $160.00 | | 04/10/2023 | $160.00 | | 04/24/2023 | $75.00 | |
| 04/28/2023 | $75.00 | | 05/05/2023 | $75.00 | | 05/12/2023 | $75.00 | |
| 05/19/2023 | $75.00 | | 05/26/2023 | $75.00 | | 06/05/2023 | $75.00 | |
| 06/09/2023 | $75.00 | | 06/16/2023 | $75.00 | | 06/26/2023 | $75.00 | |
| 07/10/2023 | $85.00 | | 07/13/2023 | $85.00 | | 07/20/2023 | $85.00 | |
| 07/27/2023 | $85.00 | | | | | | | |

**Total Receipts for the Period: $3,810.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,175.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $5,543.00 | $5,543.00 | $0.00 |
| 1 | FIFTH THIRD BANK »» 001 | Unsecured Creditors | $1,429.75 | $0.00 | $1,429.75 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $2,083.04 | $0.00 | $2,083.04 |
| 3 | QUICKEN LOANS INC »» 03A | Mortgage Arrears | $4,744.59 | $3,545.42 | $1,199.17 |
| 4 | QUICKEN LOANS INC »» 03B | Mortgage Arrears | $4,842.16 | $3,618.36 | $1,223.80 |
| 5 | GENESIS FINANCIAL SOLUTIONS »» 004 | Unsecured Creditors | $1,904.76 | $0.00 | $1,904.76 |
| 6 | US DEPT OF HUD »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $957.00 | $957.00 | $0.00 |

**Chapter 13 Case No. 19-10236-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,175.00 | Current Monthly Payment: | $320.00 |
| Paid to Claims: | $13,663.78 | Arrearages: | ($625.00) |
| Paid to Trustee: | $1,279.17 | Total Plan Base: | $24,150.00 |
| Funds on Hand: | $232.05 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.