| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-10236-PMM**

JENNIFER L KLINE
905 GRINGS HILL ROAD
READING  PA   19608

Petition Filed Date: 01/14/2019
341 Hearing Date: 03/12/2019
Confirmation Date: 03/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2023 | $85.00 | | 08/10/2023 | $85.00 | | 08/17/2023 | $85.00 | |
| 08/24/2023 | $85.00 | | 08/31/2023 | $85.00 | | 09/08/2023 | $85.00 | |
| 09/14/2023 | $85.00 | | 09/21/2023 | $85.00 | | 09/28/2023 | $85.00 | |
| 10/05/2023 | $85.00 | | 10/16/2023 | $85.00 | | 10/19/2023 | $85.00 | |
| 10/26/2023 | $85.00 | | 11/02/2023 | $85.00 | | 11/09/2023 | $85.00 | |
| 11/16/2023 | $85.00 | | 11/27/2023 | $85.00 | | 12/01/2023 | $85.00 | |
| 12/07/2023 | $85.00 | | 12/14/2023 | $85.00 | | 12/21/2023 | $85.00 | |
| 01/02/2024 | $85.00 | | 01/05/2024 | $85.00 | | 01/11/2024 | $85.00 | |
| 01/22/2024 | $85.00 | | 01/25/2024 | $85.00 | | 02/01/2024 | $85.00 | |
| 02/08/2024 | $85.00 | | 02/15/2024 | $85.00 | | 02/23/2024 | $85.00 | |
| 02/29/2024 | $85.00 | | 03/07/2024 | $85.00 | | 03/14/2024 | $85.00 | |
| 03/21/2024 | $85.00 | | 03/28/2024 | $85.00 | | 04/04/2024 | $85.00 | |
| 04/26/2024 | $160.00 | | 05/10/2024 | $160.00 | | 05/24/2024 | $160.00 | |
| 06/07/2024 | $160.00 | | 06/24/2024 | $160.00 | | 07/08/2024 | $160.00 | |
| 07/19/2024 | $160.00 | | | | | | | |

**Total Receipts for the Period: $4,180.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $19,505.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $5,543.00 | $5,543.00 | $0.00 |
| 1 | FIFTH THIRD BANK<br>»»  001 | Unsecured Creditors | $1,429.75 | $413.84 | $1,015.91 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»»  002 | Unsecured Creditors | $2,083.04 | $602.92 | $1,480.12 |
| 3 | QUICKEN LOANS INC<br>»»  03A | Mortgage Arrears | $4,744.59 | $4,744.59 | $0.00 |
| 4 | QUICKEN LOANS INC<br>»»  03B | Mortgage Arrears | $4,842.16 | $4,842.16 | $0.00 |
| 5 | GENESIS FINANCIAL SOLUTIONS<br>»»  004 | Unsecured Creditors | $1,904.76 | $551.31 | $1,353.45 |
| 6 | US DEPT OF HUD<br>»»  005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $957.00 | $957.00 | $0.00 |

**Chapter 13 Case No. 19-10236-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,505.00 | Current Monthly Payment: | $320.00 |
| Paid to Claims: | $17,654.82 | Arrearages: | ($795.00) |
| Paid to Trustee: | $1,706.18 | Total Plan Base: | $24,150.00 |
| Funds on Hand: | $144.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.