| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 19-10236-PMM

JENNIFER L KLINE  
905 GRINGS HILL ROAD  
READING  PA   19608  

Petition Filed Date: 01/14/2019  
341 Hearing Date: 03/12/2019  
Confirmation Date: 03/26/2020  

Case Status: Completed - No Discharge on 8/15/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2024 | $160.00 | | 08/16/2024 | $160.00 | | 08/30/2024 | $160.00 | |
| 09/13/2024 | $160.00 | | 09/27/2024 | $160.00 | | 10/11/2024 | $160.00 | |
| 10/25/2024 | $160.00 | | 11/08/2024 | $160.00 | | 11/22/2024 | $160.00 | |
| 12/06/2024 | $160.00 | | 12/20/2024 | $160.00 | | 01/06/2025 | $160.00 | |
| 01/17/2025 | $160.00 | | 01/31/2025 | $160.00 | | 02/14/2025 | $160.00 | |
| 02/28/2025 | $160.00 | | 03/14/2025 | $160.00 | | 03/31/2025 | $160.00 | |
| 04/11/2025 | $160.00 | | 04/25/2025 | $160.00 | | 05/09/2025 | $160.00 | |
| 05/23/2025 | $160.00 | | 06/06/2025 | $160.00 | | 06/23/2025 | $160.00 | |
| 07/07/2025 | $160.00 | | 07/18/2025 | $160.00 | | | | |

**Total Receipts for the Period:  $4,160.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $23,665.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $5,543.00 | $5,543.00 | $0.00 |
| 1 | FIFTH THIRD BANK<br>»» 001 | Unsecured Creditors | $1,429.75 | $1,429.75 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $2,083.04 | $2,083.04 | $0.00 |
| 3 | QUICKEN LOANS INC<br>»» 03A | Mortgage Arrears | $4,744.59 | $4,744.59 | $0.00 |
| 4 | QUICKEN LOANS INC<br>»» 03B | Mortgage Arrears | $4,842.16 | $4,842.16 | $0.00 |
| 5 | GENESIS FINANCIAL SOLUTIONS<br>»» 004 | Unsecured Creditors | $1,904.76 | $1,904.76 | $0.00 |
| 6 | US DEPT OF HUD<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC | Attorney Fees | $957.00 | $957.00 | $0.00 |

**Chapter 13 Case No. 19-10236-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,665.00 | Current Monthly Payment: | $320.00 |
| Paid to Claims: | $21,504.30 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,029.37 | Total Plan Base: | $24,150.00 |
| Funds on Hand: | $131.33 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.