United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jennifer L. Kline  
    Debtor

Case No. 19-10236-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Sep 26, 2025     Form ID: 138OBJ     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer L. Kline, 905 Grings Hill Road, Reading, PA 19608-9263 |
| 14257942 | + | Collectoin Specialists, Inc., 335 Gordon Drive, Lionville, PA 19341-1201 |
| 14489378 | + | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1025 Berkshire Blvd., Suite 700, Wyomissing, PA 19610-1284 |
| 14260144 | + | Quicken Loans Inc, c/o Rebecca A. Solarz, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14259699 | + | Quicken Loans Inc. c/o Rebecca A. Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 27 2025 00:48:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 27 2025 00:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14257941 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2025 01:03:29 | CAPITAL ONE BANK USA NA, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 14257943 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2025 00:48:00 | COMENITYCAPITALBANK/BOSC, PO BOX 182120, Columbus, OH 43218-2120 |
| 14257938 | ^ | MEBN | Sep 27 2025 00:33:17 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14277698 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2025 00:47:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14257940 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Sep 27 2025 00:48:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1595 |
| 14257939 | | Email/Text: bankruptcycourts@equifax.com | Sep 27 2025 00:48:00 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374 |
| 14257936 | ^ | MEBN | Sep 27 2025 00:33:16 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14257944 | | Email/Text: collectionbankruptcies.bancorp@53.com | Sep 27 2025 00:49:00 | FIFTH THIRD BANK, 5050 KINGSLEY DRM/D 1MOCOP, CINCINNATI, OH 45263 |
| 14274871 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 27 2025 00:48:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14497987 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 27 2025 00:48:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 14257945 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 27 2025 00:49:00 | GENESIS/FEB-RETAIL, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 14289182 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 27 2025 00:48:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14257946 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 27 2025 00:48:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14280783 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 27 2025 00:48:00 | Quicken Loans Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |
| 14258367 | ^ | MEBN | Sep 27 2025 00:33:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14257937 | ^ | MEBN | Sep 27 2025 00:33:14 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 14342689 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 27 2025 00:45:46 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14497988 | *+ | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| George Meany Lutz | on behalf of Debtor Jennifer L. Kline glutz@hvmllaw.com HartmanValerianoMagovernLutzPC@jubileebk.net |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Sep 26, 2025 | Form ID: 138OBJ | Total Noticed: 24

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138OBJ* (6/24)−doc 95 − 88

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Jennifer L. Kline<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−10236−pmm<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

　To all creditors and parties in interest, NOTICE IS GIVEN THAT:

　The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

　Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

　All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

　In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 26, 2025

For The Court

Mohung Wong
Clerk of Court