United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jennifer L. Kline  
    Debtor

Case No. 19-10236-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Dec 08, 2025      Form ID: 206      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer L. Kline, 905 Grings Hill Road, Reading, PA 19608-9263 |
| 14257942 | + | Collectoin Specialists, Inc., 335 Gordon Drive, Lionville, PA 19341-1201 |
| 14489378 | + | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1025 Berkshire Blvd., Suite 700, Wyomissing, PA 19610-1284 |
| 14260144 | + | Quicken Loans Inc, c/o Rebecca A. Solarz, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14259699 | + | Quicken Loans Inc. c/o Rebecca A. Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14257941 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2025 00:29:51 | CAPITAL ONE BANK USA NA, P O Box 30281, Salt Lake City, UT 84130-0281 |
| 14257943 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2025 00:20:00 | COMENITYCAPITALBANK/BOSC, PO BOX 182120, Columbus, OH 43218-2120 |
| 14257938 | ^ | MEBN | Dec 09 2025 00:15:18 | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14277698 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 09 2025 00:30:08 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14257940 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 09 2025 00:20:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1595 |
| 14257939 | | Email/Text: bankruptcycourts@equifax.com | Dec 09 2025 00:20:00 | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374 |
| 14257936 | ^ | MEBN | Dec 09 2025 00:15:18 | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14257944 | | Email/Text: collectionbankruptcies.bancorp@53.com | Dec 09 2025 00:20:00 | FIFTH THIRD BANK, 5050 KINGSLEY DRM/D 1MOCOP, CINCINNATI, OH 45263 |
| 14274871 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Dec 09 2025 00:20:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14497987 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Dec 09 2025 00:20:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 14257945 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 09 2025 00:20:00 | GENESIS/FEB-RETAIL, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 14289182 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2025 00:20:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14257946 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Dec 09 2025 00:20:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14280783 | + | Email/Text: bankruptcyteam@rocketmortgage.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2025 | Form ID: 206 | Total Noticed: 22 |

|  |  |  | Dec 09 2025 00:20:00 | Quicken Loans Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |
|---|---|---|---|---|
| 14258367 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2025 00:30:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14257937 | ^ | MEBN | Dec 09 2025 00:15:17 | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 14342689 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 09 2025 00:29:50 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14497988 | *+ | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| George Meany Lutz | on behalf of Debtor Jennifer L. Kline glutz@hvmllaw.com  HartmanValerianoMagovernLutzPC@jubileebk.net |
| MATTHEW K. FISSEL | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 08, 2025 | Form ID: 206 | Total Noticed: 22 |

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Jennifer L. Kline                                                                Case No: 19−10236−pmm

    Debtor(s)

_____

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file certification of completion of instructional course concerning personal financial management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

☑ Debtor has a prior discharge and is not eligible for a discharge in this case.


Dated: December 8, 2025

For The Court

Mohung Wong
Clerk of Court

100
Form 206